UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL T. SKERJANCE
On Behalf of Himself
and All Others Similarly Situated,

    Plaintiff

PROPOSED CLASS ACTION

Case No. 17-10553
Hon. Paul D. Borman
Magistrate Judge: David R. Grand

v.

ENERSON LAW, LLC and
CACH, LLC

    Defendant.

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court upon the stipulation of the Plaintiff MICHAEL T. SKERJANCE and Defendants ENERSON LAW, LLC and CACH, LLC through their respective counsel, and the Court being otherwise fully advised in the premises, Mr. Skerjance's complaint is dismissed with prejudice and without costs or attorneys' fees to either side.

                                            s/Paul D. Borman
                                            Paul D. Borman
                                            United States District Judge

Dated: July 31, 2017

*We hereby stipulate to entry of the foregoing Order*

| | |
|---|---|
| LAW OFFICES OF BRIAN P. PARKER, P.C. | RAUSCH, STURM |
| /s/ Brian P. Parker | /s/ Mark Linton    (w/consent) |
| Brian P. Parker (P48617) | Mark Linton (P66503) |
| Attorney for Plaintiff | Attorney for Defendants |
| brianparker@collectionstopper.com | MLinton@rsieh.com |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 31, 2017.

s/D. Tofil
Deborah Tofil, Case Manager